■ In the Matter of QING KAI SUN et al., Respondents, v NEW YORK STATE LIQUOR AUTHORITY, Appellant. [825 NYS2d 651]— Appeal from a judgment of the Supreme Court, Monroe County (Harold L. Galloway, J.), dated December 2, 2005 in a proceeding pursuant to CPLR article 78. The judgment granted the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is affirmed without costs.

All concur, Kehoe, J., not participating. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.